JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **EDDIE TURNER,** | ) | **NO. CV 20-0830-AB (KS)** |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **RALPH M. DIAZ, Warden,** | ) | |
| Respondent. | ) | |
| _____ | ) | |

     Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: June 15, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE